IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHAN MOORE, ) | |
| ) | |
|     Petitioner/Defendant, ) | |
| ) | CIVIL NO. 06-cv-493-DRH |
| vs. ) | |
| ) | CRIMINAL NO. 04-cr-30053 |
| UNITED STATES of AMERICA , ) | |
| ) | |
|     Respondent/Plaintiff. ) | |

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

    This matter is before the Court on Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence. This motion was filed by Petitioner, *pro se*, and the Government has not filed written responses to this motion. For the reasons set forth below, the motion is denied.

    Petitioner entered a open plea of guilty to one count of conspiracy to commit mail fraud, in violation of 18 U.S.C. §§ 1341, 1349. On July 22, 2005, this Court imposed a sentence of 41 months incarceration, three years supervised release, a special assessment of $100, and restitution of $132,425.14. Petitioner appealed his sentence on the basis of *United States v. Booker*, 543 U.S. 220 (2005); his sentence was affirmed. *United States v. Moore*, Appeal No. 05-3281 (7th Cir., Apr. 5, 2006).

    In this motion, Petitioner challenges a policy of the Bureau of Prisons that allegedly did not consider judicial recommendations with regard to potential placement in a community confinement center. He argues that the B.O.P.'s policy was in violation of 18 U.S.C. § 3621, thus effectively depriving the Court of full discretion in sentencing. Such a claim does not merit relief under § 2255,

as he does not challenge the fact of his conviction, nor does he challenge any specific aspect of his sentence as pronounced by this Court. Accordingly, the Court is unable to provide any relief on these claims, and this action is **DISMISSED**, and all pending motions are **MOOT**.

**IT IS SO ORDERED.**

**DATED:** August 15, 2006.

/s/   David   RHerndon
**DISTRICT JUDGE**